IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:19-cr-53-KS-MTP

GREGORY ALVIN AUZENNE AND
TIFFANY ALEASHA CLARK

ORDER OF CONTINUANCE

This cause having come before the Court on the motion of the defendant, Auzenne [40] to continue this matter, Joinder to Motion by defendant Clark [42] and the Government's Response [44] having no objection. The Court having considered said motion, finds that for the following reasons said motion is well taken and is hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. § 3161.

Also having duly considered the factors articulated in Title 18, Section 3161(h)(7)(B)(ii) to determine the appropriateness of a continuance, the Court finds that defense counsel needs additional time for effective preparation for trial due to a significant amount of discovery to review, and due to the current COVID-19 health crisis which is hampering efforts to conduct investigation into the facts, including interviewing witnesses and meeting with clients. Pursuant to Title 18, Section 3161(h)(7)(A) of the United States Code, the ends of justice outweigh the best interests of the public and the defendants in a speedy trial in this cause and are best served by granting the requested continuance.

The Court finds that the defendants have specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy

Trial Act or the Constitution in the case at bar and finds that this motion should be granted for the reasons described above.

IT IS THEREFORE ORDERED that this matter be continued and reset to begin on September 28, 2020, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161. The Pretrial Conference will be reset for September 23, 2020. The Magistrate Judge will enter an Amended Trial Order herein.

SO ORDERED this the ___13th___ day of April, 2020.

___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE