IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:19-cr-53-KS-MTP

GREGORY ALVIN AUZENNE M.D. AND
TIFFANY ALEASHA CLARK

## ORDER

BE IT REMEMBERED that on a previous date at one of the bi-weekly status conferences, the Court brought up to the parties the issue of social distancing and the requirement that social distancing would be required in the Courtroom and elsewhere. The Court also mentioned to the parties that they could agree to act as a "family" and not be required to social distance. For instance, when the attorneys and the parties are at counsel table, if they elect to act as a "family" then they will not be required to social distance. Barring the affirmative election then they will be required to social distance at counsel table and other places while in the Courthouse.

One of the parties was not prepared to commit one way or the other when the question was posed by the Court at the bi-weekly conference and was to get back to the Court with a response. The Court is making final preparations for seating arrangements in the Courtroom for the pending trial and needs to know the answer.

The parties are directed to inform the Court by noon tomorrow, October 14, 2020, of the decision as to whether or not they will agree to act as a "family". The parties are further directed to notify the Court by noon tomorrow the number of persons that they request to be in the Courtroom for voir dire purposes. No media, spectators and only limited family members will be

allowed because of social distancing requirements. However, the parties can request that others be allowed to be present. The Court will work with the requests as best it can to allow the requests subject to space availability. Of note, there has been an audio link established that can be accessed by media, family and other interested parties.

    The parties are directed to respond to this Order by noon October 14, 2020.

    SO ORDERED this the ___13th____ day of October, 2020.

                                            _____s/Keith Starrett_____
                                            UNITED STATES DISTRICT JUDGE