# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                              CRIMINAL CASE NO. 2:19-cr-53-KS-MTP

GREGORY ALVIN AUZENNE AND
TIFFANY ALEASHA CLARK

## **ORDER**

It is ORDERED that the jury in the above styled and numbered cause be sequestered from the time they report to the jury room each day until released by the Court at the end of each day. The partial sequestration will continue until a verdict is reached and the jury is formally discharged by the Court or until further order of the Court.

Pursuant to this Order, while the jury is kept together and not allowed to separate, the reasonable cost of meals and refreshments incurred by the jury during Court recesses will be paid by the Clerk of Court in compliance with juror fee regulations issued by the Judicial Conference of the United States.

SO ORDERED this the ___28th___ day of October, 2020.


                                                ___s/Keith Starrett_____
                                                UNITED STATES DISTRICT JUDGE